O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH JOHNSON, | ) | CASE NO. CV 03-00913 GHK (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| STUART J. RYAN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Fourth Amended Petition of RALPH JOHNSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Fourth Amended Petition is denied and the action is dismissed with prejudice.

DATED: 7/30/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE